U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: William Ramos | COURT CASE NUMBER: 3:02 CV 1140 (DJS)(TPS) |
| DEFENDANT: Warden Tarascio, et al | TYPE OF PROCESS: ~~Amended Process Complaint~~ |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
~~Office of the Attorney General~~ Warden Tarascio

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
~~[illegible]~~ 1106 North Ave. BPT, CT. 06604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William Ramos #222333
287 Bilton Road
Somers, CT. 06071-0665

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | "0" 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual Capacity → 2 For Each Def. The 2nd one will
Read Official Capacity.    IFP
Warden Tarascio
Captain Spina          Defendants
Officer Prudon
Officer Jane Doe

Signature of Attorney or other Originator requesting service on behalf of:
William Ramos    ☑ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: None
DATE: 7-9-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk: G.I.W. | Date: 9/4/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: / Time: am/pm

Signature of U.S. Marshal or Deputy: G.I.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

Mailed - 9/14/03
Returned - 10/10/03 - Unexecuted

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF William Ramos | COURT CASE NUMBER 3:02CV1140(DJS)(TPS) |
| DEFENDANT ~~[crossed out]~~ Warden Tarascio, et al | TYPE OF PROCESS ~~Amended~~ Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
~~[crossed out]~~ Officer Pruden

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT ~~[crossed out]~~ 1106 North Ave. BPT, CT. 06604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William Ramos #222333
287 Bilton Road
Somers, CT. 06071-0665

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual Capacity → 2 For Each Def. The 2nd. One will ~~Read~~ Official Capacity. IFP
Warden Tarascio, Captain Spiros, ~~Jeff~~ Officer Pruden, Officer Jane Doe : defendants
~~[crossed out]~~

Signature of Attorney or other Originator requesting service on behalf of:   ☑ PLAINTIFF   ☐ DEFENDANT
William Ramos

TELEPHONE NUMBER: None
DATE: 7-9-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk G.I.W. | Date 9/4/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service   Time   am / pm

Signature of U.S. Marshal or Deputy
G.I.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Mailed - 9/5/03
Returned- 10/10/03 - Unexecuted

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF William Ramos | COURT CASE NUMBER 3:02 CV 1140 (DJS)(TPS) |
|---|---|
| DEFENDANT ~~Captain~~ ~~Warden~~ Warden Tarascio, et al | TYPE OF PROCESS Amended Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Caption Spina

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 1106 North Ave. BPT, CT. 06604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William Ramos #222333
287 Bilton Road
Somers, CT. 06071-0665

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual Capacity → 2 For Each Def. The 2nd one will Read ~~official capacity~~.

IFP/

Warden Tarascio
Captain Spina        Defendants
Officer Cruden
Officer Jane Doe

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
William Ramos    TELEPHONE NUMBER: None    DATE: 7-9-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk W.I.W. | Date 9/4/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy
W.I.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:
Mailed - 9/4/03
Returned - 10/10/03 - Unexecuted

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)