FILED

2003 NOV 14  A 11: 50

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM RAMOS | : | PRISONER |
| VS. | : | NO. 3:02CV1140(DJS)(TPS) |
| WARDEN TARASCIO, ET AL. | : | NOVEMBER 12, 2003 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the following defendants: Warden Tarascio, Captain Spina, and Officer Pruden.

Dated at Hartford, Connecticut, this 12th day of November, 2003.

DEFENDANTS,
Warden Tarascio, Captain Spina, and
Officer Pruden

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
Federal Bar No. ct16304
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No. (860) 808-5591
E-Mail: matthew.beizer@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 12th day of November, 2003:

William Ramos, Inmate No. 222333
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT  06382

_____
Matthew B. Beizer
Assistant Attorney General