UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM RAMOS : | |
| : | PRISONER |
| Plaintiff : | CASE NO. 3:02cv1140(DJS)(TPS) |
| : | |
| v. : | |
| : | |
| Warden TARSCIO : | |
| Capt. SPINA : | |
| Ofcr. PURDEN : | |
| Ofcr. JANE DOE : | |
| Defendants : | |

J U D G M E N T

On February 1, 2005, pursuant to Rule 41(a) of the Rules of Civil Procedure for the United States District Court for the District of Connecticut, notice was sent to all counsel of record and pro se parties indicating that the above-entitled case would be dismissed for lack of prosecution unless a satisfactory explanation was received which would justify continuing the case on the docket of this Court.

No explanations or requests for action having been received within the time specified, it is hereby ORDERED that the complaint on file is dismissed.

Dated at Bridgeport, Connecticut this 15th day of August, 2006.

KEVIN F. ROWE, Clerk

/s/ Mary E. Larsen
By: Mary E. Larsen
Deputy Clerk

Entered on Docket _____